**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Thomas Harry Kiggans
Phelps, Dunbar
P. O. Box 4412
Baton Rouge LA 70821-4412

Taylor Crousillac
Pehlps Dunbar, LLP
P. O. Box 4412
Baton Rouge LA 710821-441

J. Lee Hoffoss, Jr.
Hoffoss  Devall LLC
517 W. College Street
Lake Charles LA 70605

Donald Wayne McKnight
Hoffoss Devall, LLC
517 W. College Street
Lake Charles LA 70605

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on March 16, 2022

**REHEARING ACTION: March 16, 2022**

**Docket Number: 21   00322-CA**

**SETPOINT INTEGRATED SOLUTIONS, INC**
**VERSUS**
**WILLIAM KITELEY, ET AL.**

**Appealed from Calcasieu Parish Case No. 2016-1724**

**BEFORE JUDGES:**

   **Hon. John E. Conery**
   **Hon. D. Kent Savoie**
   **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Setpoint Integrated Solutions, Inc** has this day been

   **DENIED.**

cc: Eric Ray Miller, Counsel for the Appellant
    Christine S. Keenan, Counsel for the Appellant
    Thomas John McGoey, II, Counsel for the Appellee
    Joseph P. Norman, Counsel for the Appellee
    Merrick J. (Rick) Norman, Jr., Counsel for the Appellee
    Michael Keith Prudhomme, Counsel for the Appellee